### CAMPH v. SOLOMON et al.

(Supreme Court, Appellate Term. November 11, 1910.)

CORPORATIONS (§ 507*)—SERVICE OF PROCESS—OFFICERS.

Where the person served was neither the president nor other head of the corporation defendant, its secretary, clerk, cashier, director, nor managing agent, the service was void.

[Ed. Note.—For other cases, see Corporations, Cent. Dig. §§ 1971–2000; Dec. Dig. § 507.*]

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by William Camph against Walter J. Solomon and another. From a judgment for plaintiff, defendant Lincoln Engineering Company appeals. Reversed and dismissed.

Argued before SEABURY, PAGE, and BIJUR, JJ.

Bond & Babson, for appellant.
Henry L. Rupert, for respondent.

BIJUR, J. As it sufficiently appears from the affidavits submitted that the person served was not the president or other head of the corporation, the secretary or clerk to the corporation, the cashier or treasurer, or a director or managing agent, the judgment is reversed, with costs, and the complaint dismissed, with costs. All concur.